# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-0775

_____

CORDELL DECUIR,

Petitioner,

v.

LEON COUNTY SHERIFF'S OFFICE,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 19, 2022

PER CURIAM.

DISMISSED.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cordell Decuir, pro se, Petitioner.

No appearance for Respondent.